UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 20-01583-JLS (KESx) | Date | October 16, 2020 |
|---|---|---|---|
| Title | Bryan Williams v. Discount Tire Centers et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Melissa Kunig　　　　　　　　　　　　　　　Not Reported
Deputy Clerk　　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　　　　None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on August 25, 2020. On October 7, 2020, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before October 15, 2020 why this action should not be dismissed for lack of prosecution [17]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　__ : __

　　　　　　　　　　　　　　　　Initials of Deputy Clerk　mku